**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:** | * |
| | *      **CASE NO. 15-04260 EAG** |
| **CERVEZAS DEL SUR, INC.** | * |
| | *      **CHAPTER 7** |
| **DEBTOR** | * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF MEETING OF CREDITORS RE-SCHEDULED

TO:    DEBTORS, ALL CREDITORS AND PARTIES IN INTEREST:

**NOTICE IS HEREBY GIVEN** that a Continuance of the Meeting of Creditors pursuant to 11 U.S.C. Section 341 set for July 14, 2015 at 9:30 a.m. has been re-scheduled for **August 11th, 2015 at 2:30 P.M.** This meeting will be held at the Edificio Ochoa, Calle Tanca Esq. Comercio, Piso 1, San Juan Puerto Rico.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY:** That on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system

**IT IS HEREBY CERTIFIED** that a true and exact copy of this notice has been forwarded on this same date by mail to the parties included in the attached master address list.

**RESPECTFULLY SUBMITTED.**

In Guaynabo, Puerto Rico this 12th of June of 2015.

*/ S/ Wigberto Lugo Mender*
**WIGBERTO LUGO MENDER**
ATTORNEY FOR DEBTOR
USDC-NO 212304
100 Carr. 165 Suite 501
Guaynabo, Puerto Rico 00968-8052
Telephone: (787) 707-0404
Fax:        (787) 707-0412
wlugo@lugomender.com

Label Matrix for local noticing
0104-2
Case 15-04260-EAG7
District of Puerto Rico
Ponce
Thu Jun 11 10:01:06 AST 2015

CERVEZAS DEL SUR, INC.
1129 AVE HOSTOS
PONCE, PR 00717-0952

US Bankruptcy Court District of PR
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

AAA
PO BOX 70101
SAN JUAN PR 00936-8101

ACOSTA RAMIREZ CSP
PO BOX 195492
SAN JUAN PR 00919-5492

AEE
PO BOX 363508
SAN JUAN PR 00936-3508

AGGREKO LLC
PO BOX 972562
DALLAS TX 75397-2562

AIRBORNE SECURITY SERVICES INC
PO BOX 191794
SAN JUAN PR 00919-1794

ALANA VIZCARRONDO-SANTANA ESQ
CO BADILLO SAATCHI
PO BOX 364148
SAN JUAN PR 00936-4148

ALEX C FERGUSON LLC
PO BOX 62335
BALTIMORE MD 21264-2335

ALTOL CHEMICAL ENVIRONMENTAL LAB INC
PO BOX 359
MERCEDITA PR 00715-0359

ALTUS GTS INC
PO BOX 1389
KENNER LA 70063-1389

ANGEL COLLAZO-SCHWARTZ
52 SAN FRANCISCO
SAN JUAN PR 00927-5828

ANTON PAAR USA
10215 TIMBER RIDGE DRIVE
ASHLAND VA 23005-8135

ANYTIME TRANSPORT
PO BOX 11647
SAN JUAN PR 00922-1647

AR EXCHANGER BOILER SPECIALIST INC
PO BOX 871
PEUELAS PR 00624-0871

ARC-SPRINKLER SYSTEM
VIA 16 HR 14 VILLA FONTANA
CAROLINA PR 00983-3920

ARCHON INDUSTRIES INC
357 SPOOK ROCK ROAD
BLDG 1 - 505
SUFFER NY 10901-5314

ATT MOBILITY
PO BOX 6463
CAROL STREAM IL 60197-6463

BADILLO SAATCHI SAATCHI
A-16 C11 GENOVA
GUAYNABO PR 00966

BANCO DESAROLLO ECONOMICO
PO BOX 2134
SAN JUAN PR 00922-2134

BANCO POPULAR
BANKRUPCTY DEPARTMENT
PO BOX 362708
SAN JUAN PR 00936-2708

BANCO POPULAR DE PR
PO BOX 70100
SAN JUAN PR 00936-8100

BIEHL BIEHL INC
PO BOX 87410
CAROL STREAM IL 60188-7410

BILL PARKER SALES ENGINEERING
PO BOX 367317
SAN JUAN PR 00936-7317

BLUE CROSS BLUESHIELD OF NORTH CAROLINA
PO BOX 580012
CHARLOTTE NC 28258-0012

BRIESS MALT INGREDIENTS CO
625 S IRISH ROAD
CHILTON WI 53014-1702

BURDOC INC
1815 DOLPHIN DRIVE
WAUKESHA WI 53186-1430

CAINE WEINER
9931 CORPORATE CAMPUS DRIVE 2200
LOUISVILLE KY 40223-4043

CARIBBEAN ELECTRIC SERVICE SHOP INC
621 AVE STA TERESA JOURNET
PO BOX 3731
MAYAGUEZ PR 00681-3731

CARIBE INDUSTRIAL SYSTEMS INC
PO BOX 60980
BAYAMON PR 00960-6004

CARLOS ALVAREZ MENDEZ
PO BOX 363348
SAN JUAN PR 00936-3348

CARLOS E DEL CASTILLO OQUENDO
PO BOX 6058
MAYAGUEZ PR 00681-6058

CARLOS F PADIN-PEREZ ESQ
CO AIRBORNE SECURITY SERVICES INC
EDIF LOS OLMOS
207 CALLE ELEONOR ROOSEVELT OIC 1-A
SAN JUAN PR 00918-3128

CFSE
PO BOX 365028
SAN JUAN PR 00936-5028

CHEMAIR CORP
PO BOX 3326
CAROLINA PR 00984-3326

CHOICE CABLE TV
PO BOX 70340
SAN JUAN PR 00936-8340

CIB CORPORATION
PO BOX 364086
SAN JUAN PR 00936-4086

CICA COLLECTION AGENCY INC
PO BOX 12338
SAN JUAN PR 00914-0338

COPTERS CORPORATION
ISLA GRANDE LOTE 1
SAN JUAN PR 00907

CRIM
PO BOX195387
SAN JUAN PR 00919-5387

CROWLEY PUERTO RICO SERVICES INC
PO BOX 2684
CAROL STREAM IL 60132-2684

CROWN CORK DE PUERTO RICO INC
PO BOX 817
CAROLINA PR 00986-0817

DEPARTMENT OF LABOR
EDIFICIO PRUDENCIO RIVERA MARTINEZ
505 MUNOZ RIVERA AVE
SAN JUAN PR 00918-3352

DEPARTMENT OF NATURAL ENVIROMENTAL RESOURCES
PO BOX 366147
SAN JUAN PR 00936-6147

DEPARTMENT OF TREASURY
BANKRUPTCY SECTION 1504
235 AVE ARTERIAL HOSTOS
SAN JUAN PR 00918-1451

DIEGO PERDOMO  COMPANY
PO BOX 363247
SAN JUAN PR 00936-3247

DIVERSIFIED CONSULTANTS INC
PO BOX 1022
WIXOM MI 48393-1022

DT INSTRUMENTATION SERVICES INC
PO BOX 2225
MANATI PR 00674-2225

ECOSAN ENVIRONMENTAL SERVICES INC
MARINA STA
PO BOX 8093
MAYAGUEZ PR 00681-8093

ELECTEC DIVISION
GENERAL ELECTRIC SERVICE CONTRACTOR
BDA CABAN 71
AGUADILLA PR 00603

EMEC
C-7  STREET 3 FLAMBOYAN
MANATI PR 00674

EMPCO MATERIAL HANDLING
PO BOX 7066
PONCE PR 00732-7066

EMPRESAS DE SOLDADURA
PO BOX 365047
SAN JUAN PR 00936-5047

ENDRESS  HAUSER
PO BOX 663674
INDIANAPOLIS IN 46266-3674

ENTECH
CUPEY PROFESSIONAL MALL
SAN CLAUDIO AVE 359
PO BOX 319
SAN JUAN PR 00926-4258

ESTATE OF JOAQUIN BACARDI BOLIVAR
81 CALLE VIAJERA
URB PALMA REAL
GUAYNABO PR 00969-5810

FASTENAL COMPANY
PO BOX 976
WINONA MN 55987-0976

FEDEX
PO BOX 223125
PITTSBURGH PA 15250-2125

FRANK ELECTRIC SERVICES INC
1005 HOSTOS AVE
PONCE PUERTO RICO 00716-1101

GAUDELYN SANCHEZ MEJIAS ESQ
CO ENTECH DESIGN PROJ MAN INC
URB LAS LOMAS
802 AVE SAN PATRICIO
SAN JUAN PR 00921-1312

GEOFFREY THURSTON
THE MANE GROUP
1127 FLORAL PARKWAY SUITE 300
WILMINGRON NC 28403-6239

GONZALEZ-NIETO LAW OFFICE PSC
LOIZA USPS
PO BOX 6842
SAN JUAN PR 00914-6842

GRAINGER CARIBE INC
DEPT 876285685
PALATINE IL 60038-0001

GS2US
SUITE 300
7887 WASHINGTON VILLAGE DRIVE
DAYTON OH 45459-8605

HERPLA ENGINEERING
PO BOX 11044
SAN JUAN PR 00910-2144

HS INDUSTRIAL CONTRACTORS INC
PO BOX 4068
PONCE PR 00731-9503

INDUSTRIAL FITTINGS VALVES
PO BOX 2329
TOA BAJA PR 00951-2329

INDUSTRIAL SEALING SYSTEMS CORP
PO BOX 2017 PMB 219
LAS PIEDRAS PR 00771-2017

INFIVA INC
PO BOX 2329
TOA BAJA PR 00951-2329

INRUMEC
PO BOX 363713
SAN JUAN PR 00936-3713

INTERNAL REVENUE SERVICES
PO BOX 7346
PHILADELPHIA PA 19101-7346

(p)IPFS CORPORATION
30 MONTGOMERY STREET
SUITE 1000
JERSEY CITY NJ 07302-3865

IPPS INC
HC01
PO BOX 12026
HATILLO PR  00659

ITW HI-CONE
PO BOX 75161
CHICAGO IL 60675-5161

IVAN RUIZ GERENA
CO DEPT DEL TRABAJO REC HUMANOS
2051 AVE PEDRO ALBIZU CAMPOS
BORINQUEN TOWN CENTER
AGUADILLA PR 00603-5970

JAIME APONTE-PARSI LAW OFFICES PSC
PO BOX 16818
SAN JUAN PR 00908-6818

JERO INDUSTRIAL CORP
PO BOX 51038
TOA BAJA PR 00950-1038

JEW ENGINEERING SYSTEMS
URB BUENA VENTURA
IRIS STREET 2014
MAYAGUEZ PR 00682-1269

JORGE L BONILLA
PO BOX 622
AGUADA PR 00602-0622

JOSE ARTURO ALVAREZ
PO BOX 363348
SAN JUAN PR 00936-3348

JOSE M SALA
REINA ISABEL 10
LA VILLA DE TORRIMAR
GUAYNABO PR 00969-3278

JR INSULATION SALES SERVICE
PO BOX 10490
PONCE PR 00732-0490

JUNCO STEEL
PO BOX 364682
SAN JUAN PR 00936-4682

KHS MEXICO SA DE CV
AV INDEPENDENCIA 511 PTE
COL BARRIO EL CALVARIO CP 51350
ZINACANTEPEC ESTADO DE MEXICO

KRISTINA VIVONI GIROD ESQ
CO BANCO DESARROLLO ECON PARA PR
PO BOX 2134
SAN JUAN PR 00922-2134

LA CASA DE LOS TORNILLOS
PO BOX 365047
SAN JUAN PR 00936-5047

LINDE GAS PUERTO RICO INC
PO BOX 71491
SAN JUAN PR 00936-8591

LIQUILUX GAS CORP
PO BOX 7144
PONCE PR 00732-7144

LUIS ALVAREZ
PO BOX 363348
SAN JUAN PR 00936-3348

LUIS C MARINI-BIAGGI ESQ
CO BANCO POPULAR DE PR
AMERICAN INTERNATIONAL PLAZA
250 MUNOZ RIVERA AVE SUITE 800
SAN JUAN PR 00918-1808

LUIS D PLANAS NAVARRO
300 AVE LA SIERRA
PO BOX 126
SAN JUAN PR 00926-4330

LUIS G TORRES-MELENDEZ ESQ
CO TEK SOL INTEGRATION GROUP
PO BOX 766
BAYAMON PR 00960-0766

MAC PRECISION TOOLS
PO BOX 8555
PONCE PR 00732-8555

MANE INVESTMENT GROUP LLC
1127 FLORAL PARKWAY
SUITE 300
WILMINGTON NC 28403-6239

MANUEL DUBON
D GROUP CAPITAL CORP
PO BOX 192336
SAN JUAN PR 00919-2336

MARCHAND INTEGRATED COMMUNI STRATEG
PO BOX 8168
SAN JUAN PR 00910-0168

MARKS MACHINERY
7950 LANIER DR
CUMMING GA 30041-2204

MAYS CHEMICAL COMPANY OF PR
PO BOX 363968
SAN JUAN PR 00936-3968

MC MASTER CARR
PO BOX 7690
CHICAGO IL 60680-7690

MEKANIKA ENGINEERING CORP
PMB 651
1353 AVE LUIS VIGOREAUX
GUAYNABO PR 00966-2715

MENACO CORPORATION
PO BOX 70183
SAN JUAN PR 00936-8183

MENDEZ  CO
PO BOX 16818
SAN JUAN PR 00908-6818

MENDEZ  CO
PO BOX 363348
SAN JUAN PR  00936-3348

MERINO DE PONCE
PO BOX 6397
SAN JUAN PR 00914-6397

METRO TECH CORP
PO BOX 975
SAN LORENZO PR 00754-0975

MICROPURE FILTRATION INC
777 EAST 82ND ST
CLEVELAND OH 44103-1817

MITEL DISTRIBUTING CORP
PO BOX 366024
SAN JUAN PR 00936-6024

MOTION INDUSTRIES
SUITE 364
PO BOX 2400
TOA BAJA PR 00951-2400

MSSS
MANAGEMENT TEMPORARY CONTRACT EMPLOYMEN
PO BOX 192392
SAN JUAN PR 00919-2392

MUNICIPALITY OF PONCE
PO BOX 1709
PONCE PR 00733-1709

NAAMN M BURGOS-MONTES ESQ
CO 2T VACUUM SERVICES INC
PO BOX 0842
YAUCO PR 00698-0842

NALCO COMPANY
JPM CHASE NA
131 S DEARBORN
6TH FLOOR LOCKBOX 70716
CHICAGO IL 60603-5517

NEWARK WIRE CLOTH COMPANY
160 FORNELIUS AVE CLIFTON
NJ 07013-1844

NOLLA PALOU CASELLAS LLC
PO BOX 195287
SAN JUAN PR 00919-5287

OCEAN FREIGHT LINK
3350 SW 148TH AVE STE 110
MIRAMAR FL 33027-3237

OFFICE DEPOT
PO BOX 633204
CINCINNATI OH 45263-3204

PABLO JOSE ALVAREZ
PO BOX 363348
SAN JUAN PR 00936-3348

PATRICIA TOLEDO-GRACA ESQ
CO TOLEDO ENGINEERING CORP
PMB 165
100 GRAND PASEOS BLVD SUITE 112
SAN JUAN  00926-5955

PETRO WEST INC
PO BOX 1165
HORMIGUEROS PR 00660-1165

PHOENIX INDUSTRIAL SALES
PO BOX 363336
SAN JUAN PR 00936-3336

PONCE BOLT INC
1714 PONCE BY PASS
PONCE PR 00730

POPULAR AUTO
1901 AVE JESUS T PINEIRO
SUITE 300
SAN JUAN PR 00920-5615

PR INDUSTRIAL DEVELOPMENT CO
PO BOX 362350
SAN JUAN PR 00936-2350

PR TELEPHONE CO
PO BOX 70366
SAN JUAN PR 00936-8366

PRAXAIR
PO BOX 307
GURABO PR 00778-0307

PREMSCO
PO BOX 195117
SAN JUAN PR 00919-5117

PRODUCTION AUTOMATION INCORPORATED
PO BOX 11206
MONTGOMERY AL 36111-0206

PUERTO RICO INDUSTRIAL DEVELOPMENT CORPO
355 AVE FRANKLIN DELANO ROOSEVELT
SAN JUAN PR 00918-2132

RAFAEL BENITEZ CARRILLO INC
PO BOX 362769
SAN JUAN PR 00936-2769

RICARDO COTTE PE
PO BOX 1159
SAN GERMAN PR 00683-1159

ROCKTENN-PUERTO RICO INC
AMELIA IND PK 47 AMELIA ST
GUAYNABO PR 00968-8003

RUBBER GASKET CO OF PR INC
PO BOX 29045
SAN JUAN PR 00929-0045

SALUSTIANO ALVAREZ-MENDEZ
PO BOX 363348
SAN JUAN PR 00936-3348

SEA AIR SYSTEMS INC
PO BOX 9020261
SAN JUAN PR 00902-0261

SERVCO CORPORATION
PO BOX 1664
SAN SEBASTIAN PR 00685-1664

SOUTHWEST CREDIT
4120 INTERNATIONAL PKWY
SUITE 1100
CARROLLTON TX 75007-1958

STEAM COMBUSTION TECHNOLOGY INC
54 PRIMAVERA ENCANTADA
TRUJILLO ALTO PR 00961-4803

STEEL  PIPES INC
PO BOX 5309
CAGUAS PR 00726-5309

SYLVIA ALVAREZ
PO BOX 363348
SAN JUAN PR 00936-3348

TEKSOL INTEGRATION
PO BOX 3308
MAYAGUEZ PR 00681-3308

THE SHERWIN WILLIAMS CO
1674 LOS CAOBOS IND PARK
SUITE 1
PONCE PR 00716-2960

THE SHERWIN WILLIAMS CO
1674 LOS CAOBOS IND PK ST
PONCE PR 00716-2960

TI PROJECT MANAGEMENT ENGINEERS PSC
155 AVE ARTERIAL HOSTOS
PO BOX 212
SAN JUAN PR 00918-2987

TODAY PLUMBING
PO BOX 71421
SAN JUAN PR 00936-8521

TOLEDO ENGINEERING CORP
PMB 849
138 WINSTON CHURCHILL AVE
SAN JUAN PR 00926-6023

TORRES  GARCIA PSC
PO BOX 19539
SAN JUAN PR 00910-1539

TRIPLE S SALUD
PO BOX 71548
SAN JUAN PR 00936-8648

TT CARGO SERVICES INC
AIRPORT STATION
PO BOX 37142
SAN JUAN PR 00937-0142

UNIVERSAL INDUSTRIAL SUPPLIES INC
PO BOX 7003
PONCE PR 00732-7003

UPS
PO BOX 71594
SAN JUAN PR 00936-8694

VACUUM SERVICES INC
CALLE SKY 20-816
URB HILVIEW
YAUCO PR 00698

VENGROFF WILLIAMS INC
PO BOX 4155
SARASOTA FL 34230-4155


VERDE ENVIRONMENTAL LLC
3355 LENOX RD SUITE 750
ATLANTA GA 30326-1353

VIDEOJET TECHNOLOGIES INC
12113 COLLECTION CENTER DRIVE
CHICAGO IL 60693-0121

VINCENTY HERES  ASOCIADOS
PMB 717
89 DE DIEGO SUITE 105
SAN JUAN PR 00927-6370


VWR ADVANCED INSTRUMENTS LLC
PO BOX 706
MANATI PR 00674-0706

WDC PUERTO RICO INC
PO BOX 70217
SAN JUAN PR 00936-8217

WHITE LABS INC
9495 CANDIDA ST
SAN DIEGO CA 92126-4541


MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

ROBERTO ROMAN VALENTIN
US TRUSTEES OFFICE
PO BOX 9024003
SAN JUAN, PR 00902-4003

WIGBERTO LUGO MENDER
LUGO MENDER & CO
CENTRO INTERNACIONAL DE MERCADEO
100 CARR 165  SUITE 501
GUAYNABO, PR 00968-8052


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


IPFS CORPORATION
PO BOX 9777
SAN JUAN PR 00908-0777


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)RENOCOL
59 AVENUE DE PARIS
F-02200 SOISSONS

End of Label Matrix
Mailable recipients   161
Bypassed recipients     1
Total                 162